UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/19

---

UNITED STATES OF AMERICA,

v.

LEWIS STAHL,

                    Defendant.

No. 18-CR-694 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties are ordered to appear tomorrow, April 9, 2019, at 1 p.m., for a hearing on Defendant's first amended motion for reconsideration of his sentence, filed pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure. *See* Dkt. 22.

SO ORDERED.

Dated:    April 8, 2019
          New York, New York

                              _____
                              Ronnie Abrams
                              United States District Judge