UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>LEWIS STAHL,<br><br>        Defendant. | 1:18-cr-00694-RA<br><br>**NOTICE OF MOTION FOR**<br>**COMPASSIONATE RELEASE** |

      PLEASE TAKE NOTICE that, upon the Declaration of Patricia A. Pileggi and upon the accompanying Memorandum of Law in Support of the Motion, Defendant Lewis Stahl will move before the Hon. Ronnie Abrams, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be fixed by the Court, for an Order of Compassionate Release under 18 U.S.C. § 3582(c)(1)(a)(i) due to extraordinary circumstances related to the COVID-19 pandemic.

| | |
|---|---|
| April 3, 2020 | Respectfully submitted,<br><br>SCHIFF HARDIN LLP<br><br>By:<br><br>   */s/ Patricia A. Pileggi*<br>   Patricia A. Pileggi<br>   Brittany H. Sokoloff<br>   Schiff Hardin LLP<br>   1185 Sixth Avenue, Suite 3000<br>   New York, NY 10036<br>   ppileggi@schiffhardin.com<br>   bsokoloff@schiffhardin.com<br>   Attorneys for Defendant<br>   Lewis Stahl |