USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LEWIS STAHL,

                Defendant.

No. 18-cr-694 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendant Lewis Stahl's emergency motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. No later than Tuesday, April 7, 2020, the Government shall advise the Court whether it has any objection to this request and, if so, provide the basis for that objection.

SO ORDERED.

Dated:    April 3, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge