

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 16, 2020

**BY ECF AND E-MAIL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York 10007

Re:   United States v. Lewis Stahl, 18 Cr. 694 (RA)

Dear Judge Abrams:

  The Government respectfully submits this letter in response to the Court's order of April 10, 2020, directing the Government to "advise the Court whether the BOP intends to grant Stahl's internal requests, including whether it plans to release him temporarily pursuant to 18 U.S.C. § 3622(a)." (ECF No. 53). After receiving the Court's order, the Government promptly transmitted it to the appropriate BOP personnel and has since communicated with the Associate Warden at FCI Miami, as well as with BOP legal staff, concerning the request. The Government has been advised that, on or about April 14, 2020, the BOP completed a packet referring Stahl for home confinement in light of the COVID-19 pandemic. The home-confinement packet is currently under consideration with the BOP's Residential Reentry Management Office ("RRM"), where it has been designated for priority review in light of the Court's order. The Government has been advised that the RRM may reach a decision as early as tomorrow, but that an exact timeframe could not be provided. The Government also has been advised that, prior to finalizing Stahl's placement date for home confinement, the BOP must receive approval from the U.S. Probation Office in Florida. Finally, the Government has been advised that Stahl is separately under consideration for a furlough pursuant to 18 U.S.C. § 3622(a), as well as for compassionate release.

              Respectfully submitted,

              GEOFFREY S. BERMAN
              United States Attorney for the
              Southern District of New York

            By: ___/s/_____
              Olga I. Zverovich
              Assistant United States Attorney
              (212) 637-2514

cc:   Patricia Pileggi, Esq. and Brittany Sokoloff, Esq. (via ECF and e-mail)