UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/17/2020
```

UNITED STATES OF AMERICA,

v.

LEWIS STAHL,

                Defendant.

No. 18-cr-694 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of the Government's letter indicating that Mr. Stahl's request for home confinement has been approved by the BOP and is currently pending approval by the U.S. Probation Offices ("USPOs") in both the Southern District of New York and the Southern District of Florida. No later than **10:00 a.m.** on Wednesday, April 22, 2020, the USPOs in both districts shall decide whether Mr. Stahl's relocation request is approved. If this request is granted, the Court expects him to be transferred to home confinement promptly thereafter. The Government shall update the Court on this matter no later than **5:00 p.m.** on Wednesday, April 22, 2020. In addition, no later than **12:00 p.m.** on Friday, April 24, 2020, Mr. Stahl shall advise the Court whether he still seeks relief from this Court on his motion for compassionate release.

SO ORDERED.

Dated:    April 17, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge