USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LEWIS STAHL,

               Defendant.

No. 18-cr-694 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has been informed by the U.S. Probation Office ("USPO") in the Southern District of New York ("SDNY") that the USPOs in both the SDNY and the Southern District of Florida have approved Mr. Stahl's relocation request. Accordingly, no later than **5:00 p.m.** today, the Government shall advise the Court of when the Bureau of Prisons intends to release Mr. Stahl to home confinement.

SO ORDERED.

Dated:    April 20, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge