

Schiff Hardin LLP
1185 Sixth Avenue
30th Floor
New York, NY  10036

T 212.753.5000
F 212.753.5044

schiffhardin.com

April 22, 2020

**Patricia A. Pileggi**
(212) 745.0839
ppileggi@schiffhardin.com

**FILED VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, N.Y.  10007

Re:   United States v. Lewis Stahl
            18 CR 694 (RA)

Dear Judge Abrams:

This letter is written in response to the Court's order of April 21, 2020.  Lewis Stahl has no objection to the addition of a new condition of supervised release that is eighteen (18) months to be served on home detention.

Mr. Stahl was enormously relieved to learn on April 20, 2020 that the U.S. Probation Offices had approved home confinement and that, in light of the Bureau of Prisons ("BOP") approval of home confinement, he would be leaving FCI Miami where he is at serious risk of contracting COVID-19 and becoming seriously ill.  It was devastating for him to learn, later the same day, that BOP had reversed its approval of his home confinement.

As detailed in Mr. Stahl's Motion for Compassionate Release (ECF No. 47), federal prison facilities pose a particularly high risk for contracting COVID-19:  inmates share communal spaces, cannot properly socially distance themselves in overcrowded federal prison facilities, and have limited access to hygiene products.  This exposes not only inmates, but also guards and staff, to a heightened risk of contracting COVID-19.  Indeed, the number of inmates and staff who have tested positive for COVID-19, as well as the number of inmate deaths, has continued to rise over the past month.  Since March 20, 2020, 540 inmates and 323 staff have contracted COVID-19; 23 inmates have died from COVID-19. See https://www.bop.gov/coronavirus/ (Exhibit A.)

The Government continues to contend that the risk of contracting COVID-19 at FCI Miami is low.  As discussed in more detail in our motion, in all likelihood there are currently inmates and staff at FCI Miami who have COVID-19 and are asymptomatic.  Given the inadequate testing at FCI Miami and the high likelihood that inmates and/or staff have COVID-19 and are asymptomatic, it is only a matter of time before inmates and staff become seriously ill as a result



Honorable Ronnie Abrams
April 22, 2020
Page 2

of COVID-19.  Since February 26, 2020, there have been a total of 27,861 coronavirus cases reported in Florida.  The death toll from coronavirus within the state has reached 866.  More than half of the reported cases and deaths are in Miami-Dade and Broward counties:  10,055 have been reported in Miami-Dade County and 4,168 have been reported in Broward County.[1]  As we previously reported to the Court (ECF No. 50), the staff at FCI Miami reside in either one of these two counties.  As the number of cases in Florida continues to climb, the risk of serious illness and death at FCI Miami is heightened.   As of yesterday, BOP confirmed that 7 staff members in the Federal Detention Center in Miami (a different facility from FCI Miami) are infected.  *See* https://www.bop.gov/coronavirus/

We respectfully submit, as detailed in our Memorandum of Law in support of the Motion for Compassionate Release (ECF No. 47), that the factors detailed in 18 U.S.C. § 3553 weigh in favor of Lewis Stahl's compassionate release.

Respectfully submitted,

Schiff Hardin LLP

*Patricia A. Pileggi*

Patricia A. Pileggi

Encl.

cc:     Assistant U.S. Attorney Olga Zverovich

NY\54355130.1\11:39

---

[1] https://www.nytimes.com/interactive/2020/us/florida-coronavirus-cases.html