

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2020

**BY ECF AND E-MAIL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York 10007

      Re:    <u>United States v. Lewis Stahl</u>, 18 Cr. 694 (RA)

Dear Judge Abrams:

      The Government respectfully submits this letter in response to the Court's order of April 21, 2020. Since the Court issued its order, the Government has been in communication with the Office of the Deputy Attorney General and multiple counsel at the Bureau of Prisons in an effort to collect complete and accurate information in response to the Court's order. In light of ongoing uncertainty surrounding the home-confinement eligibility criteria at various BOP facilities, the Government respectfully requests an extension until 5 p.m. tomorrow, April 23, in order to provide the Court with the requested information.

      Respectfully submitted,

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
4/22/2020

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: \_\_\_/s/_____
    Olga I. Zverovich
    Assistant United States Attorney
    (212) 637-2514

cc:    Patricia Pileggi, Esq. and Brittany Sokoloff, Esq. (via ECF and e-mail)