UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC-SDNY |
| --- |
| **DOCUMENT** |
| **ELECTRONICALLY FILED** |
| **DOC#:** |
| **DATE FILED: 4/24/2020** |

UNITED STATES OF AMERICA,

v.

LEWIS STAHL,

Defendant.

No. 18-cr-694 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

As the Court has previously detailed, after Mr. Stahl filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), on April 17, 2020, the Government filed a letter indicating that the Bureau of Prisons (the "BOP") had approved his request for home confinement but that his relocation request was pending approval by the U.S. Probation Offices (the "USPOs") in the Southern Districts of New York and Florida.  *See* Dkt. 56.  On the morning on April 20th, the Court was informed by the USPO in the Southern District of New York that both districts had approved Mr. Stahl's relocation request.  The Court then ordered the Government to advise it as to when the BOP intended to release Mr. Stahl to home confinement.  *See* Dkt. 58.  In response to the Court's April 20th Order, however, the Government filed a letter indicating that, in light of "new guidance" just issued to the BOP by the Department of Justice (the "DOJ"), the BOP now anticipated that Mr. Stahl was no longer eligible for home confinement or a furlough.  *See* Dkt. 59. Given the BOP's apparent reversal of its prior approval of Mr. Stahl's home confinement request, the Court ordered the Government to provide it with an explanation, including by way of affidavit

from the appropriate BOP representative, as to how the new DOJ guidance could affect those prior decisions.  *See* Dkt. 60.

Yesterday evening, the Court received the Government's letter, which, together with the Declaration of Jennifer Broton, Associate Warden of FCI Miami, represented that Mr. Stahl will be transferred to home confinement today, April 24, 2020.  *See* Dkts. 65, 65-1.  Based on these representations, the Court expects that Mr. Stahl will indeed be released today and transferred to his residence in the Southern District of Florida, where he will undergo a 14-day quarantine.  By 5:00 p.m. today, the Government shall confirm with the Court that Mr. Stahl has in fact been transferred to home confinement.

SO ORDERED.

Dated:    April 24, 2020
          New York, New York

                                           _____
                                           Ronnie Abrams
                                           United States District Judge