

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2020

**BY ECF AND E-MAIL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York 10007

    Re:    <u>United States v. Lewis Stahl</u>, 18 Cr. 694 (RA)

Dear Judge Abrams:

    The Bureau of Prisons has informed the Government that Mr. Stahl was released from FCI Miami at approximately 1:16 p.m. this afternoon and is being transferred to home confinement.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

    By: ___/s/_____
        Olga I. Zverovich
        Assistant United States Attorney
        (212) 637-2514

cc:    Patricia Pileggi, Esq. and Brittany Sokoloff, Esq. (via ECF and e-mail)