USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LEWIS STAHL,

Defendant.

No. 18-cr-694 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the Bureau of Prisons' decision to release Mr. Stahl from FCI Miami and transfer him to home confinement on April 24, 2020, *see* Dkts. 65, 65-1, 67, the Court will not further address his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), *see* Dkt. 46, unless requested to do so. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 46.

SO ORDERED.

Dated:     April 28, 2020
           New York, New York

Ronnie Abrams
United States District Judge