

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900   **MAIN**
212.484.3990   **FAX**

afslaw.com

June 17, 2025

**Patricia A. Pileggi**
Partner

VIA ECF AND EMAIL

212.745.0839   **DIRECT**

Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, N..Y.  10007

patricia.pileggi@afslaw.com

Re:   United States v. Lewis Stahl
      18 CR 694 (RA)

Dear Judge Abrams:

This letter is written to request that $460,668.34, currently held in a restitution account by the Clerk's Office in the Southern District of New York, be released and applied to Lewis Stahl's outstanding 2022 tax liability.

I have been advised by a Revenue Agent at the Internal Revenue Service that this amount is being held by the Clerk's Office and that a court order is required to release these funds to the Internal Revenue Service.  Accordingly, it is respectfully requested that the Court order that the funds be released and applied toward Lewis Stahl's outstanding federal tax liability for 2022.

Assistant U.S. Attorney Olga Zverovich has advised me that the Government does not oppose this application.

Respectfully submitted,

ArentFox Schiff LLP

*/s/ Patricia A. Pileggi*

Patricia A. Pileggi

PAP

Application granted. The Clerk of Court shall release the funds held in Mr. Stahl's restitution account to the Internal Revenue Service.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 18, 2025